# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN FLOYD VOSS,
  Appellant,

vs.

THE STATE OF NEVADA,
  Respondent.

No. 75471

FILED

MAY 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from district court orders denying a motion for entry of judgment of acquittal and denying a motion for reconsideration. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule permits an appeal from district court orders denying a motion for entry of judgment of acquittal and denying a motion for reconsideration. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists); *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995) (no statute or court rule provides for an appeal from an order denying a motion for reconsideration). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-18008

cc:    Hon. Jerome M. Polaha, District Judge
       Steven Floyd Voss
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk